## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

IN RE: §
§
THERESA NGOZI ADUBA § CASE NO. LA10-39330-TD
§ CHAPTER 11
§
§ JUDGE THOMAS B. DONOVAN

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**BAC Home Loans Servicing LP**
**7105 Corporate Drive**
**Plano, Texas 75024**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.
_____

Joe M. Lozano, Jr.

F# 4101-N-1819
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for BAC Home Loans Servicing LP

## CERTIFICATE OF SERVICE

I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before August 18, 2010:

**Debtors' Attorney**
Anthony Egbase
Law Offices Of Anthony O Egbase & Assoc
350 S Figueroa St Ste 189
Los Angeles, CA  90071

**Chapter 11 Trustee**

**U.S. Trustee**
Office of the US Trustee
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

4101-N-1819
noaelect