**FILED & ENTERED**

SEP 16 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Theresa Ngozi Aduba,<br><br><br><br>                                    Debtor. | Case No: 2:10-bk-39330-TD<br><br>Chapter: 11<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED OR CONVERTED TO A CHAPTER 7 CASE<br><br>Date:  October 13, 2010<br>Time:  10:00 a.m.<br>Location:  Courtroom 1345 |

TO THE DEBTOR, TO THE DEBTOR'S ATTORNEY ANTHONY EGBASE, TO THE UNITED STATES TRUSTEE, AND TO ALL OTHER PARTIES IN INTEREST IN THE ABOVE-ENTITLED CASE:

NOTICE IS HEREBY GIVEN, AND IT IS HEREBY ORDERED that Mr. Egbase and any party in interest show cause, if any there be, at the time and place specified above, why this case should not be dismissed or converted to a Chapter 7 case based on the following reasons:

1.  Debtor failed to file a status conference report for the September 8, 2010 status conference hearing.  Per my order requiring a status report, entered July 29, 2010, Debtor was required to file a status conference report 14 days prior to the status conference hearing.

- 1 -

2.    Although Mr. Egbase represented at the September 8, 2010 hearing that he filed a status conference report in this case, the docket does not show that a status conference report was filed and he failed to deliver a judge's copy of the status conference report to chambers, as required by Court Manual, Section 3-5(b)(3).  A judge's copy must be served on the court within 24 hours of filing.  Court Manual Section 3-5(b)(3).

The foregoing shortcomings and others discussed at a hearing in this matter on September 8, 2010, as well as at a related hearing on that date, lead me to the conclusion that Mr. Egbase may not be qualified by training or experience to represent these or other debtors in chapter 11 cases in this district.

FURTHER ORDERED that any response to this Order To Show Cause shall be served upon all parties in interest and filed with the Clerk of this Court not later than October 6, 2010.

DATED: September 16, 2010

_____
United States Bankruptcy Judge

- 2 -

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED OR CONVERTED TO A CHAPTER 7 CASE was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ANEF@)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of *9/13/10*, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Anthony Egbase on behalf of Debtor Theresa Aduba
info@anthonyegbaselaw.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Joe M Lozano on behalf of Creditor BAC HOME LOAN SERVICING, L.P.
notice@NBSDefaultServices.com

Scott H Noskin on behalf of Interested Party Courtesy NEF
snoskin@mbnlawyers.com, krose@mbnlawyers.com;amcdow@mbnlawyers.com

Lee S Raphael on behalf of Interested Party Courtesy NEF
cmartin@pprlaw.net

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
Theresa Ngozi Aduba
35 Via Costa Verde
Rancho Palos Verdes, CA 90275

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

- 4